# Memorandum

| Subj:<br>UNITED STATES v. KENNETH KETNER and ALLEN JOHNSON | Date:<br>February 16, 2005 |
|---|---|

| To:<br>SHERRI R. CARTER<br>Clerk, United States District Court<br>Central District of California | From:<br>ANDREW STOLPER<br>Assistant United States Attorney<br>Criminal Division |

SA 05-0036

The above pleading seeking authority for an Indictment action and being filed on February 16, 2005

\_\_\_\_ relates to

__X__ does not relate to

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before July 17, 2001, the date on which Patrick J. Walsh resigned his appointment in that office; or
(2) a matter in which Patrick J. Walsh was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

\_\_\_\_ relates to

__X__ does not relate to

(1) a matter pending in the Major Frauds Section of the United States Attorney's Office before June 30, 2001, the date on which Jennifer T. Lum resigned her appointment in that office; or
(2) a matter in which Jennifer T. Lum was personally involved or on which she was personally consulted while employed in the United States Attorney's Office.

\_\_\_\_ relates to

__X__ does not relate to

(1) a matter pending in the Organized Crime Section of the United States Attorney's Office before September 29, 2000, the date on which Stephen G. Larson resigned his appointment in that office; or
(2) a matter in which Stephen G. Larson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office;

\_\_\_\_ relates to

__X__ does not relate to

(1) a matter pending in the Narcotics Section of the United States Attorney's Office before April 20, 1999, the date on which Jeffrey W. Johnson resigned his appointment in that office; or
(2) a matter in which Jeffrey W. Johnson was personally involved or on which he was personally consulted while employed in the United States Attorney's Office.

_____
ANDREW STOLPER
Assistant United States Attorney