Terry W. Bird - State Bar No. 49038
Jason D. Kogan - State Bar No. 107707
Benjamin N. Gluck - State Bar No. 203997
BIRD, MARELLA, BOXER, WOLPERT,
 NESSIM, DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110
E-Mail: twb@birdmarella.com
 jdk@birdmarella.com
 bng@birdmarella.com

Attorneys for Defendant Kenneth Ketner

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH KETNER,<br><br>    Defendant. | CASE NO. SA CR-05-36JVS<br><br>**DEFENDANT KENNETH KETNER'S STATEMENT OF CLARIFICATION RE MOTION FOR A BILL OF PARTICULARS**<br><br>Date:    February 13, 2006<br>Time:   9:00 a.m.<br>Crtrm.: 10C<br><br>Trial Date:        March 28, 2006 |

ENTERED ON ICMS

FEB - 2 2006

83

In an Order dated January 25, 2006, the Court directed defendant Kenneth Ketner ("Ketner") to file a brief statement clarifying what relief he seeks on his motion for a bill of particulars. The relief sought by Ketner is an order requiring the government to identify each property which the government alleges was bought and sold by straw buyers/borrowers and constituted the execution of the fraudulent scheme charged in count one of the indictment. Ketner's reference to the number of possible property transactions for each property was intended as an example to further show that he cannot prepare his defense to the bank fraud charge if he does not even know the identities of the specific properties that the government contends were bought and sold by straw buyers/borrowers.

DATED: January 27, 2006

Terry W. Bird
Jason D. Kogan
Benjamin N. Gluck
BIRD, MARELLA, BOXER, WOLPERT,
   NESSIM, DROOKS & LINCENBERG, P.C.

By: *Terry W. Bird*
Terry W. Bird
Attorneys for Defendant Kenneth Ketner

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1875 Century Park East, 23rd Floor, Los Angeles, California 90067-2561.

On January 27, 2006, I served the following document(s) described as **DEFENDANT KENNETH KETNER'S STATEMENT OF CLARIFICATION RE MOTION FOR A BILL OF PARTICULARS** on the interested parties in this action as follows:

**BY PERSONAL SERVICE (FEDERAL COURT):** By placing a true copy thereof in sealed envelope(s) and causing said envelope(s) to be hand-delivered to the offices of the parties listed on the attached Service List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and of my own personal knowledge.

Executed on January 27, 2006, at Los Angeles, California.

_/s/ Diane Hunsaker_
Diane Hunsaker

**SERVICE LIST**

Andrew Stolper
Assistant U.S. Attorney
411 West Fourth Street, Suite 8058
Santa Ana, CA 92701