DEBRA WONG YANG
United States Attorney
WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch
BRENT G. TABACCHI
Assistant United States Attorney (Cal. Bar. No. Pending)
    Ronald Reagan Federal Building and Courthouse
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3540
    Facsimile: (714) 338-3708
    Brent.Tabacchi@usdoj.gov

Attorney for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 05-36-JVS |
| Plaintiff, | GOVERNMENT'S DECLARATION CONCERNING PRODUCTION OF DISCOVERY; DECLARATION OF BRENT G. TABACCHI |
| v. | |
| KENNETH KETNER, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California, hereby submits this Declaration Concerning Production of Discovery in the above-referenced case.

//
//
//
//

     The United States represents that the government has produced to defendant all discoverable materials within its possession, custody, or control, including materials whose disclosure is governed by the Jencks Act, 18 U.S.C. § 3500. (See Declaration of Brent G. Tabacchi ¶ 2). As part of this production, on May 1, 2006, the United States made available to defendant two CDs containing: (1) deeds documenting the transfer of the "purple file properties"; and (2) records from the original case agent's files, including bank records from LaSalle Bank. (See id. ¶ 3). Defendant sent a messenger to obtain these materials from the United States on May 3, 2006. (See id. ¶ 4). In addition, during late May 2006, the United States voluntarily produced to defendant Jencks materials in this case. (See id. ¶ 5).

     If the United States obtains additional discoverable materials from witnesses during trial preparation, the government will promptly produce these materials to defendant pursuant to Federal Rule of Criminal Procedure 16(c). (See id. ¶ 6).

DATED: June 26, 2006          Respectfully submitted,

DEBRA WONG YANG
United States Attorney

WAYNE R. GROSS
Assistant United States Attorney
Chief, Santa Ana Branch

_____
BRENT G. TABACCHI
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

## DECLARATION OF BRENT G. TABACCHI

I, Brent G. Tabacchi, hereby declare as follows:

1. I am an Assistant United States Attorney for the Central District of California. In that capacity, I represent the government in <u>United States v. Ketner</u>, No. CR 05-36-JVS.

2. Based on my review of the files and records in this case, the United States has produced to defendant all discoverable materials concerning this case that are within the government's possession, custody, or control, including materials whose disclosure is governed by the Jencks Act, 18 U.S.C. § 3500.

3. As part of this production, on May 1, 2006, the United States made available to defendant two CDs containing: (1) deeds documenting the transfer of the "purple file properties"; and (2) records from the original case agent's files, including bank records from LaSalle Bank. The United States obtained copies of the deeds during April 2006. As part of trial preparation in this matter, I became aware of the agent's case files and the bank records located with those files during late April 2006.

4. On May 3, 2006, defense counsel retrieved these two CDs from the United States.

5. During late May 2006, the United States voluntarily provided to defendant Jencks material in this case.

//
//
//
//
//
//

6. If the United States obtains additional discoverable materials from witnesses during trial preparation, the government will promptly produce these materials to defendant pursuant to Federal Rule of Criminal Procedure 16(c).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2006, in Santa Ana, California.

/s/ Brent G. Tabacchi
BRENT G. TABACCHI

CERTIFICATE OF SERVICE BY MAIL

I, **Linda Lewis**, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Office of United States Attorney, 411 West Fourth Street, Eighth Floor, Santa Ana, California 92701-4599; that I am over the age of eighteen years, and am not a party to the above-entitled action; that I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made; that on **June 26, 2006**, I deposited in the United States mail, Santa Ana, California in the above-entitled action, in an envelope bearing the requisite postage, a copy of: **GOVERNMENT'S DECLARATION CONCERNING PRODUCTION OF DISCOVERY; DECLARATION OF BRENT G. TABACCHI**

addressed to:  Benjamin Gluck
Bird Marella
1875 Century Park East
23rd Floor
Los Angeles, CA 90067

at his/her last known address, at which place there is delivery service by United States mail.

This Certificate is executed on **June 26, 2006** at Santa Ana, California.

I certify under penalty of perjury that the foregoing is true and correct.

*Linda Lewis*
Linda Lewis