UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,
          Plaintiff,
vs.
                            SACR-05-36-JVS
KENNETH KETNER,
          Defendant.

---------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

September 1, 2006


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA 92701
(714) 543-0870

*SHARON SEFFENS, U.S. COURT REPORTER*

```
 1  APPEARANCES OF COUNSEL:

 2  For the Plaintiff:

 3  DEBRA W. YANG
    United States Attorney
 4  WAYNE R. GROSS
    Assistant United States Attorney
 5  Chief, Santa Ana Division
    BRENT G. TABACCHI
 6  Assistant United States Attorney
    U.S. District Courthouse
 7  411 West Fourth Street, 8th Floor
    Santa Ana, CA   92701
 8

 9  For the Defendant:

10  TERRY W. BIRD
    BIRD, MARELLA, BOXER, WOLPERT
11    NESSIM, DROOKS & LINCENBERG, P.C.
    1875 Century Park East, 23rd Floor
12  Los Angeles, CA   90067-2561

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   SANTA ANA, CALIFORNIA; SEPTEMBER 1, 2006; A.M. SESSION
 2              (Per telephonic conference.)
 3              THE CLERK:  Item No. 1, SACR-05-36-JVS, United
 4   States of America versus Kenneth Ketner.
 5              Counsel, will you please state your appearance for
 6   the record.
 7              MR. TABACCHI:  Good morning, Your Honor.  Brent
 8   Tabacchi on behalf of the United States.
 9              MR. BIRD:  Good morning, Your Honor.  Terry Bird
10   representing the defendant.
11              THE COURT:  Good morning.
12              This is Judge Selna.  We are in chambers on the
13   record with the court reporter.
14              The reason I wanted to set this conference call up
15   is I received a letter from Nancy O'Connor, the probation
16   officer assigned to Mr. Ketner's case, dated August 18,
17   2006, indicating that the Probation Office was having
18   difficulty receiving materials from the government.
19              Do you want to bring me up to speed?
20              MR. TABACCHI:  Yes, Your Honor.  I think it was a
21   little bit of a communication snafu.  It looks like the
22   requests were going to Mr. Stolper, the former AUSA in the
23   case.  There was a little bit of a breakdown in our office.
24   I have spoken with -- the probation officer is actually I
25   believe out of the Probation Office.  I provided a letter to
```

1  the Probation Office with a copy of the plea agreement and
2  information and forwarded to them some pertinent 302s that
3  will help the case.
4      The case is very voluminous as the Court knows.
5  Hopefully next week we can actually follow up with the
6  actual probation officer on the case and see if she needs
7  any additional information from the government to prepare
8  the PSR.
9      THE COURT: Okay. Well, the sentencing is still
10 several months off, December 4, so it sounds like with the
11 line of communication open that things will run smoothly.
12     MR. TABACCHI: I think so. I apologize on behalf
13 of the government. I actually spoke with the probation
14 officer. The government will file the appropriate notice
15 with the Court so they can look at the docket sheet.
16     THE COURT: Anything further?
17     MR. TABACCHI: No, Your Honor.
18     MR. BIRD: No, Your Honor.
19          (Proceedings were adjourned.)
20                      -oOo-

*SHARON SEFFENS, U.S. COURT REPORTER*

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   September 10, 2007

Sharon A. Seffens        9/10/07
_____   9/10/07
SHARON A. SEFFENS, U.S. COURT REPORTER