ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
OCT - 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JAMES V. SELNA, JUDGE PRESIDING

UNITED STATES OF AMERICA,
               Plaintiff,
vs.                             SACR-05-36-JVS
KENNETH KETNER,
               Defendant.

-------------------------------

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

June 4, 2007


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(714) 543-0870

DOCKETED ON CM
OCT - 3 2007
BY            040

*SHARON SEFFENS, U.S. COURT REPORTER*

```
1   APPEARANCES OF COUNSEL:

2   For the Plaintiff:

3   DEBRA W. YANG
    United States Attorney
4   WAYNE R. GROSS
    Assistant United States Attorney
5   Chief, Santa Ana Division
    ANDREW STOLPER
6   Assistant United States Attorney
    U.S. District Courthouse
7   411 West Fourth Street, 8th Floor
    Santa Ana, CA  92701
8
```

```
 1   SANTA ANA, CALIFORNIA; JUNE 4, 2007; A.M. SESSION
 2              (Defendant and defense counsel not present.)
 3              THE CLERK:  Item No. 3, SACR-05-36-JVS, United
 4   States of America versus Kenneth Ketner.
 5              May we have appearances, please.
 6              MR. STOLPER:  Andrew Stolper on behalf of the
 7   United States.
 8              THE COURT:  I understand that you have worked out
 9   the issue as to whether Mr. Ketner is in breach of the plea
10   agreement.
11              MR. STOLPER:  That's correct.  I apologize for
12   showing up late this morning.  Yes, both parties have agreed
13   that there is no breach, and Mr. Ketner has come up with
14   additional money to pay his past due taxes, so we are going
15   to proceed to sentencing under the plea agreement with the
16   Court's permission.
17              THE COURT:  Okay.  I have not received any
18   additional briefing.
19              MR. STOLPER:  The plan is for the parties to file
20   a stipulation today or tomorrow, which basically both
21   parties mutually agree that there is no breach.  The
22   government will then file a revised sentencing position
23   based upon the notion that there is no breach.  We will just
24   be arguing for the high end, and I assume the defendant will
25   be arguing for the low end, and we will hash that out.
```

```
 1         THE COURT:  When are you going to file your brief?
 2         MR. STOLPER:  I can get that filed as early today
 3  as the Court would like.
 4         THE COURT:  Well, do you plan to put it over or
 5  what?
 6         MR. STOLPER:  Mr. Bird has informed me that he has
 7  some type of conflict today.  He is asking I think for a
 8  one-week continuance.  It's my understanding he was going to
 9  call today and set that up.
10         THE COURT:  That's fine.  I don't believe that the
11  defendant has respondd to the supplemental presentence
12  report.  Obviously I want to get that and give myself time
13  to reflect on the sentencing, so if you want to put it over
14  a week, that's fine by me.  Just put in a stipulation.  I
15  will assume that is going to happen.
16         MR. STOLPER:  Okay.  We will try and get that all
17  taken care of today or as late as tomorrow.
18         THE COURT:  Very good.  Thank you.
19                 (Proceedings were adjourned.)
20                            -oOo-
```

*SHARON SEFFENS, U.S. COURT REPORTER*

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   September 10, 2007

Sharon A. Seffens   9/10/07
SHARON A. SEFFENS, U.S. COURT REPORTER