# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 09-00662-JVS   (SACR 05-00036-JVS) | Date | June 5, 2009 |
| Title | Kenneth Ketner v. USA | | |

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(In Chambers)**   **Order Setting Briefing Schedule on Defendant's Motion Pursuant to 28 USC 2255**

      The Court orders the government to file its response to the motion not later than July 10, 2009. Petitioner shall file any reply to the government's response not later than August 10, 2009. This matter shall stand submitted on August 10, 2009 or upon the filing of the petitioner's reply whichever comes first.

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |