# FILED

## UNITED STATES COURT OF APPEALS

SEP 14 2009

## FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

   v.

ALLEN RAYMOND JOHNSON,

          Defendant - Appellant.

No. 08-50268

D.C. No. 8:05-cr-00036-JVS-2
Central District of California,
Santa Ana

ORDER



RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 14 2009

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Before: KOZINSKI, Chief Judge, PREGERSON, Circuit Judge, and QUIST,[*],
Judge.

    The panel has unanimously voted to deny the petition for panel rehearing.

---

    [*]    The Honorable Gordon J. Quist, United States District Judge for the
Western District of Michigan, sitting by designation.