FILED

SEP 27 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, | No. 13-56635 |
|---|---|
| Plaintiff - Appellee, | D.C. Nos.   8:10-cv-01641-JVS |
| v. |                   8:05-cr-00036-JVS-2 |
| ALLEN RAYMOND JOHNSON, AKA Seal B, | Central District of California, Santa Ana |
| Defendant - Appellant. | ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
9/27/13
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CR___ DEPUTY

Before: Peter L. Shaw, Appellate Commissioner.

The district court has not issued or declined to issue a certificate of appealability in this appeal, which arises under 28 U.S.C. § 2255.  Accordingly, pursuant to circuit court policy, this case is remanded to the district court for the limited purpose of granting or denying a certificate of appealability at the court's earliest convenience.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b); *United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

If the district court issues a certificate of appealability, the court should specify which issue or issues meet the required showing.  See 28 U.S.C. § 2253(c)(3); *Asrar*, 116 F.3d at 1270.  If the district court declines to issue a

RJ/MOATT

certificate, the court should state its reasons why a certificate of appealability should not be granted, and the clerk of the district court shall forward to this court the record with the order denying the certificate.  *See Asrar*, 116 F.3d at 1270.

    Briefing in this appeal is suspended pending further court order.

    The Clerk shall serve this order on the district court.