1  DEBRA W. YANG
   United States Attorney
2  WAYNE R. GROSS
   Assistant United States Attorney
3  Chief, Santa Ana Branch
   JENNIFER L. WAIER
4  Assistant United States Attorney
   California Bar Number:  209813
5       411 West Fourth Street, Suite 8000
        Santa Ana, California 92701
6       Telephone: (714) 338-3550
        Facsimile: (714) 338-3561
7       Electronic mail: Jennifer.Waier@usdoj.gov

8  Attorney for Plaintiff
   United States of America
9

10                  UNITED STATES DISTRICT COURT

11           FOR THE CENTRAL DISTRICT OF CALIFORNIA

12  UNITED STATES OF AMERICA,    )   Case No. SA CR 05-36-JVS
                                 )
13                  Plaintiff,   )   [PROPOSED] ORDER RE SEALING OF
                                 )   INTERVIEW REPORTS OF
14             v.                )   GOVERNMENT WITNESSES ALAN
                                 )   JOHNSON AND TERRY STONE
15  KENNETH KETNER, et al.,      )
                                 )
16                  Defendants.  )
                                 )
17  _____)

18

19       For good cause shown, IT IS HEREBY ORDERED THAT:

20       The Government's ex parte application for sealed filing is

21  GRANTED.  The interview reports of Alan Johnson and Terry Stone

22  shall be filed under seal and the Court will review them in

23  camera.

24  DATED: _____

25

26

27                                 _____
                                   HONORABLE JAMES V. SELNA
28                                 UNITED STATES DISTRICT JUDGE

**OR IN CASE OF DENIAL:**

     The Government's application for sealed filing is DENIED. The interview reports of Alan Johnson and Terry Stone shall be returned to the Government, without filing of the documents.

DATED: _____

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY MAIL

I, **LETICIA N. ZAMBRANO**, declare:  That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That I am employed by the United States Attorney for the Central District of California, who is a member of the Bar of the United States District Court for the Central District of California, at whose discretion the service by mail described in this Certificate was made; that on <u>April 11, 2005</u>, I deposited in the United States Mails, United States Attorney's Office, 411 West Fourth Street, Suite 8000, Santa Ana, California 92701 in the above-entitled action, in an envelope bearing the requisite postage, a copy of:

**PROPOSED ORDER RE SEALING OF INTERVIEW REPORT OF GOVERNMENT WITNESSES ALAN JOHNSON AND TERRY STONE**

addressed to:

**SEE ATTACHMENT**

at their last known address, at which place there is a delivery service by United States Mail.

This Certificate is executed on <u>April 11, 2005</u>, Santa Ana, California.  I declare under penalty or perjury that the foregoing is true and correct.

_____
LETICIA N. ZAMBRANO

**Service List**

Bienert & Krongold
Thomas H. Bienert Jr.
Steven L. Krongold
107 Avenida Miramar, Suite B
San Clemente, CA 92672

By Fax : 949-496-6753